Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
# WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. William H. Boyd, III                                    Docket No. 99-00038-004 Erie

### Petition on Probation

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of William H. Boyd, III, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 22nd day of March 2000, who fixed the period of probation at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall be place on home detention for a period of 2 months, to commence within 30 days of release from imprisonment. During this time, the defendant shall remain at his residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the defendant shall wear an electronic device and shall observe the rules specified by the Probation Office.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm or destructive device.
- The defendant shall pay any financial penalty that is imposed by this judgement.
- The defendant shall not associate with children under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer.
- The defendant is prohibited from places where minor children under the age of 18 congregate, such as residences, parks, playgrounds, and schools.
- The defendant shall participate in a mental health treatment program approved by the probation officer, specifically addressing sex offender treatment issues, until such time as the defendant is released from the program by the probation officer.
- The defendant shall pay a special assessment of $100.
- It is ordered that the defendant shall make restitutions to the victims for a total amount of $15,145.52.

<u>08-29-02</u>:     Conspiracy; 3 years' probation; Currently supervised by U.S. Probation Officer Matthew L. Rea.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that as of this writing, a balance of $12,581.87 is owed in this case. Mr. Boyd does not have the ability to pay the balance of restitution in full prior to the expiration of his term of supervised release on July 28, 2006. Therefore, it is respectfully recommended that the case be allowed to close with money owing. A petition is enclosed for the Court's consideration and signature.

U.S.A. vs. William H. Boyd, III
Docket No. 99-00038-004 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of probation imposed at Criminal No. 99-00038-004 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case. | Executed on           June 16, 2006 |
| _____ Senior U.S. District Judge | _____ Matthew L. Rea U.S. Probation Officer |
|  | _____ Gerald R. Buban Supervising U.S. Probation Officer |
|  | Place:     Erie, PA |